**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHRISTOPHER DODGE                                                                                            PETITIONER
ADC # 151850

v.                                           No. 5:14CV00172 JLH-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                                     RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. A certificate of appealability is DENIED. All pending motions are denied as moot.

DATED this 29th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE